IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| United States of America | Docket No. 3:21mj28 |
| v. | |
| Gary Lee Davis | *UNDER SEAL* |

## ORDER SEALING CRIMINAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit, Arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Taylor.Stout@usdoj.gov).

SO ORDERED this 29th day of January 2021.

Signed: January 29, 2021

_____
David S. Cayer
United States Magistrate Judge